UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLIFTON WATSON,

    Plaintiff,                        No. 17-11833

v.                                  District Judge Arthur J. Tarnow
                                        Magistrate Judge R. Steven Whalen

CITY OF BURTON, ET AL.,

    Defendants.
_____/

**ORDER DENYING OBJECTION TO/ MOTION TO STRIKE**

On August 24, 2017, Plaintiff filed a Revised Amended Complaint [Doc. #24]. Before the Court is Defendants' Objection to Plaintiff's Revised Amended Complaint [Doc. #29], which the Court construes as a motion to strike the revised amended complaint. On August 16, 2017, I granted in part and denied in part Plaintiff's motion to amend his complaint. Specifically, I permitted amendment as follows:

> "Accordingly, Plaintiff's Motion for Leave to File Amended Complaint [Doc. #13] is GRANTED IN PART, to the extent that the Amended Complaint will be construed to raise the following claims: (1) violation of the Fourth Amendment based on Plaintiff's arrest; (2) violation of the Equal Protection Clause of the Fourth Amendment; (3) Michigan common law claim of false arrest; and (4) Michigan common law claim of false imprisonment." *Opinion and Order* [Doc. #23].

Plaintiff's Revised Amended Complaint [Doc. #24] raises the four claims I permitted in my previous order and deletes the claims on which I denied leave to amend. It does not add any new Defendants or any new claims. Because it is completely consistent with my August 16, 2017 order,

-1-

Defendants' Objection/Motion [Doc. #29] is DENIED.

IT IS SO ORDERED.

                                                  s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 6, 2017, electronically and/or by U.S. mail.

                                                  s/Carolyn M. Ciesla
                                                  Case Manager to the
                                                  Honorable R. Steven Whalen