# EXHIBIT 2

Details

What do you think I'm going to do

I'll tell you

But first

She needs to know she is not in any danger at all

> I told he it was her friends she already knows

Not just them

The rest I will not text but it should be obvious to where this is headed

And I'm sure they mean a lot to her

Or vice versa

After I am finished and after you hand me over to the proper authorities, you will take ownership of my possessions, and accounts, I will not be needing them.

However one phone call can stop all of this

Friday 11:08 PM

Who said anything about jail

> Then what are you talked about put away?

Vesta everything I've said to you has had a double meaning, the obvious one does not show the intent

Read over everything



iMessage

Details

> Can you talk to dan?

Sure why not

Pass it along and I have everything I need to get it done

And I don't care about myself so I have nothing to lose, I'm at peace with my decision, when I start it will be to late to stop. I. Will be at peace when this ends, any more outside people brought into this pain will make resolving the matter more hectic than it has to be

I just want peace

And Damon I'm drunk

So drunk I need to stop texting

Goodnight

> Goodnight forever or today?
> Read 1:00 AM

Today, I'll let you know before the curtain is closed, but it will never be done before the final act. How does it make you feel that with the conditions told to her that she doesn't care, does it make you question your relationship with her?

I won't stop until I talk with her one on one

Until then the answer lies within the chorus of drowning pool's song bodies

Remember I don't do things half ass, go big or go home and I have nothing left to lose so I'm going home

But hell in drunk take me seriously or light is up to everyone else

iMessage