# EXHIBIT 3

```
 1                         STATE OF MICHIGAN
 2
 3           IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE
 4
 5
 6   MEGAN HUBARTH,
 7
 8                   Plaintiff,
 9                                              Circuit Court No.
10                                              15-105946-PH
11   v.
12
13   MICHAEL WATSON,
14
15                   Defendant.            DIGITALLY RECORDED
16
17   _____/
18
19
20                    PERSONAL PROTECTION HEARING
21        (EXCERPT OF HEARING - TESTIMONY OF DET. FREEMAN ONLY)
22
23
24       BEFORE THE HONORABLE JUDITH A. FULLERTON, CIRCUIT JUDGE
25
26
27           Flint, Michigan - Thursday, February 16, 2016
28
29
30
31   APPEARANCES:
32
33   For the Plaintiff:      Jodi Hemmingway (P-72918)
34                           503 S. Saginaw St., Ste. 929
35                           Flint, MI 48502
36                           (810) 237-1200
37
38   For the Defendant:      Michael Watson
39                           In Pro Per
40                           9172 Chatwell Club Ln, Apt. 4
41                           Davison, MI 48423
42
43   Transcribed By:         Jackie L. White, CER 5647
44                           900 S. Saginaw St., Room 308
45                           Flint, MI 48502
46                           (810) 257-3231
47
48
49
50
51                                  1
```

```
 1      falls on the last act and threats of -- I don't
 2      remember exactly what it was, but basically making
 3      comments about, you know, taking care of things and --
 4      I remember -- the one thing I do remember is a curtain
 5      falling on the final act and how, you know, how you'll
 6      react to that.
 7   Q  Okay.  And in your training and experience how did --
 8      how did you perceive those to be threatening?
 9   A  Based on my experience, I mean, you know, when people
10      make comments like that I mean generally, you know, we
11      have to take them seriously.  That's why I did contact
12      our City Attorney.  Ran everything by her.  Said, you
13      know, what do you think?  And she agreed with me that
14      we do have enough PC to make the arrest.
15   Q  And when you say PC you mean probable cause, correct?
16   A  Yes.  Yep.
17   Q  Okay.  And -- and so just so we're clear when you're
18      reviewing those text messages you're viewing them as
19      death threats potentially?
20   A  Yes.
21   Q  All right.  And did you then go out and interview or
22      speak with Mr. Watson as part of your investigation?
23   A  I did.  Yes.
24   Q  All right.  And what was the nature of that
25      interaction?
```