UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLIFTON WATSON,

       Plaintiff,                            No. 17-11833

v.                                         District Judge Arthur J. Tarnow
                                               Magistrate Judge R. Steven Whalen

CITY OF BURTON, ET AL.,

       Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on November 30, 2017, Defendants' Motion to Compel Authorizations [Doc. #43] is GRANTED.

Within seven days of the date of this Order, Plaintiff must give Defendants' counsel a signed authorization for all his treatment records, including psychiatric, psychological, counseling, and medical records, from the Veterans Affairs Outpatient Clinic or any clinic or facility where he received treatment or counseling through the Veterans Affairs Association, from 2012 to the present.

The providers covered by this Order may redact any information that would be considered classified (i.e., information the government has deemed "top secret," "secret," or "confidential") under Executive Order 13526.

The treatment and counseling information disclosed to Defendants is subject to a "attorneys' eyes only" protective order, and will be disclosed only to Defendants' attorneys and experts, absent further order of this Court. It will not be disclosed to any of the Defendants or to anyone other that Defendants' attorneys and experts. If any of this material is referenced or included in any motion or other Court filing, such documents

will be filed under seal, unless otherwise ordered by the Court.

IT IS SO ORDERED.

                                                    s/ R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 4, 2017, electronically and/or by U.S. mail.

                                                      s/Carolyn M. Ciesla
                                                    Case Manager to the
                                                    Honorable R. Steven Whalen